AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Carlos RODRIGUEZ-Delagdo<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 26, 2022 in the county of Webb in the Southern District of Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 922 (g)(5)(A) | Possession of Ammunition by an Illegal Alien |

This criminal complaint is based on these facts:

See Attachment A Sheet

☑ Continued on the attached sheet.

/s/ Gerardo Morales
*Complainant's signature*

Task Force Officer Gerardo Morales
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/26/2022

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On August 26, 2022, the Laredo Police Department (LPD) Emergency Communication Center received a call for reported suspicious activity. Caller reported witnessing individuals being forced into a motor vehicle. The incident occurred on the 5300 block of Marcella Ave. Laredo, TX 78041.

The caller described the vehicles involved as black in color Dodge pickup and black in color Lincoln 4-door. An LPD Investigator, who was in the area, observed a black in color Lincoln 4-door vehicle matching the description given by the caller. The LPD Investigator approached the vehicle and detained the sole occupant, later identified as Carlos RODRIGUEZ-Delgado.

LPD Patrol Officers arrived at the scene and assisted with the investigation. An LPD Officer observed, in plain view, an AR-15 style rifle on the driver's side floorboard. The firearm was loaded with 28 rounds of 5.56 caliber Aguilar ammunition. LPD Officers advised RODRIGUEZ-Delgado of his Miranda Rights. RODRIGUEZ-Delgado was suspected of being a Mexican Citizen illegally in the United States. LPD Officers then transported RODRIGUEZ-Delgado to LPD for further questioning.

LPD requested the assistance from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). ATF Task Force (TFO) Gerardo Morales responded to LPD and assisted LPD Investigators by interviewing RODRIGUEZ-Delgado.

RODRIGUEZ-Delgado admitted to being illegally in the United States with no immigration documents, possessing the firearm and ammunition in question and knowing that he was prohibited from possessing a firearm. RODRIGUEZ-Delgado stated that he is involved in human smuggling and is paid $100 for each person smuggled. RODRIGUEZ-Delgado admitted to possessing and using the firearm as protection.

A preliminary examination of the ammunition indicated that the ammunition was manufactured outside the state of Texas therefore traveling in or affecting interstate commerce.